**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JENNIFER R. LOPEZ VIDAL ECHEVERRIA, | ) ) ) | No. CV 12-04789-CW |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Adminstration, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is reversed, and this action is remanded to defendant for payment of benefits.

DATED: May 29, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge