**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
JENNIFER R. LOPEZ VIDAL    )    No. CV 12-04789-CW
ECHEVERRIA,                )
                           )
          Plaintiff,       )    JUDGMENT
                           )
     v.                    )
                           )
CAROLYN W. COLVIN, Acting  )
Commissioner, Social Security )
Adminstration,             )
                           )
          Defendant.       )
_____)
```

**IT IS ADJUDGED** that the decision of the Commissioner is reversed, and this action is remanded to defendant for payment of benefits.

DATED: May 29, 2013

                                          */s/ Carla M. Woehrle*
                                     CARLA M. WOEHRLE
                          United States Magistrate Judge